# ZIMMERMAN LAW GROUP
___

ATTORNEYS AT LAW
233 WATCHUNG FORK
WESTFIELD, NJ 07090
TEL: (908) 768-6408
FAX: (908) 935-0751
www.zimllp.com

WRITER'S E-MAIL
jmz@zimllp.com

November 1, 2017

VIA ECF
Hon. K. A. Matsumoto, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 10007

    Re:    *Kaldren LLC v. The Hain Celestial Group, Inc.*,
              Case No. 1:17-cv-04890 (KAM)

Dear Judge Matsumoto:

    I represent the plaintiff Kaldren LLC in the above-referenced action. As per the Court's order of October 9, 2017, I am submitting this status letter on behalf of both parties. Since the Court's October 9, 2017 order, the parties have exchanged drafts of a final settlement agreement. The parties hereby respectfully request another 60 days to finalize the parties' settlement agreement and dismiss this case with prejudice due to defendant Hain Celestial's 30-day payment requirement.

    Thank you for considering this request.

                                            Respectfully,

                                            /s/Jean-Marc Zimmerman

                                            Jean-Marc Zimmerman

JMZ/bw
cc: Peter J. Corcoran, III, Esq.
    David B. Jinkins, Esq.