UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| KALDREN LLC, | Case No. 17-cv-04890 (KAM) |
|---|---|
| Plaintiff, | |
| v. | |
| THE HAIN CELESTIAL GROUP, INC., | |
| Defendant. | |

STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Kaldren LLC and Defendant The Hain Celestial Group, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismiss with prejudice all claims and counterclaims between the parties to this stipulation, with each party bearing their own attorney's fees and other expenses.

By: /s/Jean-Marc Zimmerman
Jean-Marc Zimmerman (JZ 7743)
Zimmerman Law Group
233 Watchung Fork
Westfield, NJ 07090
Tel: (908) 768-6408
Fax: (908) 935-0751
jmz@zimllp.com
Attorneys for Plaintiff Kaldren LLC

Dated: January 8, 2018
Westfield, NJ

By: /s/David B. Jinkins
David B. Jinkins, pro hac vice
One US Bank Plaza
St. Louis, MO 63101
Tel: (314) 552-6000
Fax: (314) 552-7000
djinkins@thompsoncoburn.com

Dated: January 8, 2018
Westfield, NJ

SO ORDERED:
January _____, 2018

_____
K. A. Matsumoto, U.S.D.J.